# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

**In the Matter of**:            }

                      }    Case No.: 14-54120

Chrystal Benner          }

                      }

                      }    Chapter 13

                      }

**Debtor(s)**              }

## Notice of Change of Address

**My Former Mailing Address was**:

Name:      Chrystal Benner

Street:     222 Short St

City, State, Zip: Washington Court House, OH 43160

**Please be advised that effective January 28, 2017
my new mailing address is:**

Name:      Chrystal Benner

Street:     POB 155

City, State, Zip:  Commercial Pointe, OH 43116

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on January 28, 2017 to the following:

**Trustee:**
Faye D. English
10 W Broad Street
Suite 900
Columbus, OH 43215

**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Chrystal Benner
POB 155
Commercial Pointe, OH 43116

Respectfully Submitted,
/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480